**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Peter Kenneth Sarago a/k/a Ken Sarago<br>Patricia A. Sarago<br>                  Debtor(s) | BK NO. 21-01918 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of MATRIX FINANCIAL SERVICES CORP. and index same on the master mailing list.

                            Respectfully submitted,

                            /s/ *Rebecca Solarz*
                            Rebecca Solarz
                            08 Sep 2021, 14:47:19, EDT

                            KML Law Group, P.C.
                            BNY Mellon Independence Center
                            701 Market Street, Suite 5000
                            Philadelphia, PA  19106
                            215-627-1322