Certificate Number: 14912-PAM-DE-036015290

Bankruptcy Case Number: 21-01918


14912-PAM-DE-036015290

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 24, 2021, at 9:04 o'clock AM EDT, Peter Sarago completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 24, 2021

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor