Certificate Number: 14912-PAM-DE-036015291

Bankruptcy Case Number: 21-01918


14912-PAM-DE-036015291

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 24, 2021</u>, at <u>9:04</u> o'clock <u>AM EDT</u>, <u>Patricia Sarago</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 24, 2021</u>    By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>