In re:                                                           Case No. 21-01918-HWV

Peter Kenneth Sarago                                Chapter 13

Patricia A. Sarago

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                             User: AutoDocke                             Page 1 of 3

Date Rcvd: Sep 29, 2021                   Form ID: ntnew341                         Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Peter Kenneth Sarago, Patricia A. Sarago, 19 Nicolas Drive, Carlisle, PA 17015-7931 |
| 5433425 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 5433427 | + | Barclays Bank Delaware, PO Box 8803, Att: Credit Bureau, Wilmington, DE 19899-8803 |
| 5433429 | + | Clayton W. Davidson, McNees, Wallace and Nurick, 100 Pine Street, Harrisburg, PA 17101-1288 |
| 5433431 | + | Commonwealth of Pennsylvania, Bureau of Labor and Industry, Office of Unemp Comp Tax Services OUCTS, PO Box 60848, Harrisburg, PA 17106-0848 |
| 5436855 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5433443 | + | Service Finance CO LLC, 555 S Federal Highway, Suite 220, Boca Raton, FL 33432-6033 |
| 5433445 | + | WF Crd Svc, PO Box 51193, Los Angeles, CA 90051-5493 |
| 5434720 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 29 2021 19:05:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5434474 | + | Email/Text: bknotices@bankofthewest.com | Sep 29 2021 18:55:25 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON CA 94583-4213 |
| 5433426 | + | Email/Text: bknotices@bankofthewest.com | Sep 29 2021 18:55:25 | Bank of the West, 180 Montgomery Street, San Francisco, CA 94104-4297 |
| 5433428 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2021 19:05:25 | CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5433430 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2021 18:55:00 | ComenityCB/DiamondInt, PO Box 182120, Columbus, OH 43218-2120 |
| 5433432 | | Email/Text: mrdiscen@discover.com | Sep 29 2021 18:55:00 | Discover Bank, PO Box 15316, Attn: CMS/PROD DEVELOP, Wilmington, DE 19850-5316 |
| 5433433 | | Email/Text: mrdiscen@discover.com | Sep 29 2021 18:55:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 5434640 | | Email/Text: mrdiscen@discover.com | Sep 29 2021 18:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5436058 | + | Email/Text: dplbk@discover.com | Sep 29 2021 18:55:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5437382 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 29 2021 18:55:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 5433434 | + | Email/Text: cashiering-administrationservices@flagstar.com | Sep 29 2021 18:55:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5433435 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 29 2021 18:55:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 5433436 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 29 2021 19:05:23 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 5437973 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 29 2021 19:05:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5433437 | | Email/Text: unger@members1st.org | Sep 29 2021 18:55:00 | Members 1st FCU, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5433438 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 29 2021 19:05:17 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5433439 | | Email/Text: bankruptcynotices@psecu.com | Sep 29 2021 18:55:00 | PA State Empl CU, 1 Credit Union Place, Harrisburg, PA 17110-2912 |
| 5433441 | + | Email/Text: bankruptcynotices@psecu.com | Sep 29 2021 18:55:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5433440 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 29 2021 18:55:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5433442 | + | Email/Text: wvanolden@riverviewbankpa.com | Sep 29 2021 18:55:00 | Riverview Bank, 200 Front Street, Marysville, PA 17053-1412 |
| 5433444 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2021 18:55:04 | SYNCB/Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5434025 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2021 18:55:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | |

| | |
| --- | --- |
| | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bkgroup@kmllawgroup.com |
| Tracy Lynn Updike | on behalf of Debtor 1 Peter Kenneth Sarago tlupdike@mette.com rkvansteenacker@mette.com |
| Tracy Lynn Updike | on behalf of Debtor 2 Patricia A. Sarago tlupdike@mette.com rkvansteenacker@mette.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Peter Kenneth Sarago,
aka Ken Sarago,

**Debtor 1**

Patricia A. Sarago,

**Debtor 2**

Chapter 13

Case No. 1:21−bk−01918−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: November 4, 2021<br>Time: 10:00 AM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: LyndseyPrice, Deputy Clerk

Date: September 29, 2021

ntnew341 (04/18)