Amish Country Bakehouse LLC
457 E North Street
Carlisle, PA 17013

MEMBERS 1ST FCU

91798

06/11/2021

PAY TO THE ORDER OF **Peter K. Sarago**   $ **1,508.79

One thousand five hundred eight and 79/100 *****************************************DOLLARS

**Peter K. Sarago**
19 Nicolas Dr
Carlisle PA 17015

MEMO

AUTHORIZED SIGNATURE

⑆91798⑆ ⑈231382241⑈ 7779105571⑈

| Peter K. Sarago | PAY | Hours | Rate | Current | YTD | TAXES | Current | 91798 YTD |
|---|---|---|---|---|---|---|---|---|
| 19 Nicolas Dr | Salary | - | - | 1,876.92 | 22,523.04 | Federal Income Tax | 133.77 | 1,605.24 |
| Carlisle | Reimbursement | - | - | 0.00 | 50.00 | Social Security | 116.37 | 1,396.43 |
| PA, 17015 | Transportation Reimb | - | - | 0.00 | 65.00 | Medicare | 27.21 | 326.58 |
| | | | | | | PA Income Tax | 57.62 | 691.44 |
| | | | | | | PA SUI Employee | 1.13 | 13.56 |
| | | | | | | Dickinson TWP | 9.38 | 112.56 |
| Amish Country Bakehouse LLC | | | | | | Carlisle ASD PSD 210302 | 20.65 | 247.80 |
| 457 E North Street | | | | | | **DEDUCTIONS** | **Current** | **YTD** |
| Carlisle | | | | | | LST | 2.00 | 24.00 |
| PA, 17013 | OTHER PAY | | | Current | YTD | | | |

| Pay Period | | | | | | SUMMARY | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 05/24/2021 - 06/06/2021 | BENEFITS | | | Used | Available | Total Pay | $1,876.92 | $22,638.04 |
| Pay Date | | | | | | Taxes | $366.13 | $4,393.61 |
| 06/11/2021 | | | | | | Deductions | $2.00 | $24.00 |
| MEMO: | | | | | | **NET PAY:** | | **$1,508.79** |

| Peter K. Sarago | PAY | Hours | Rate | Current | YTD | TAXES | Current | 91798 YTD |
|---|---|---|---|---|---|---|---|---|
| 19 Nicolas Dr | Salary | - | - | 1,876.92 | 22,523.04 | Federal Income Tax | 133.77 | 1,605.24 |
| Carlisle | Reimbursement | - | - | 0.00 | 50.00 | Social Security | 116.37 | 1,396.43 |
| PA, 17015 | Transportation Reimb | - | - | 0.00 | 65.00 | Medicare | 27.21 | 326.58 |
| | | | | | | PA Income Tax | 57.62 | 691.44 |
| | | | | | | PA SUI Employee | 1.13 | 13.56 |
| | | | | | | Dickinson TWP | 9.38 | 112.56 |
| Amish Country Bakehouse LLC | | | | | | Carlisle ASD PSD 210302 | 20.65 | 247.80 |
| 457 E North Street | | | | | | **DEDUCTIONS** | **Current** | **YTD** |
| Carlisle | | | | | | LST | 2.00 | 24.00 |
| PA, 17013 | OTHER PAY | | | Current | YTD | | | |

| Pay Period | | | | | | SUMMARY | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 05/24/2021 - 06/06/2021 | BENEFITS | | | Used | Available | Total Pay | $1,876.92 | $22,638.04 |
| Pay Date | | | | | | Taxes | $366.13 | $4,393.61 |
| 06/11/2021 | | | | | | Deductions | $2.00 | $24.00 |
| MEMO: | | | | | | **NET PAY:** | | **$1,508.79** |

06/25/2021

Peter K. Sarago **1,508.78

*****One thousand five hundred eight and 78/100

Peter K. Sarago
19 Nicolas Dr
Carlisle PA 17015

Pay Period: 06/07/2021 - 06/20/2021

| Peter K. Sarago | PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 19 Nicolas Dr | Salary | - | - | 1,876.92 | 24,399.96 | Federal Income Tax | 133.77 | 1,739.01 |
| Carlisle | Reimbursement | - | - | 0.00 | 50.00 | Social Security | 116.37 | 1,512.80 |
| PA, 17015 | Transportation Reimb | - | - | 0.00 | 65.00 | Medicare | 27.22 | 353.80 |
| | | | | | | PA Income Tax | 57.62 | 749.06 |
| | | | | | | PA SUI Employee | 1.13 | 14.69 |
| | | | | | | Dickinson TWP | 9.38 | 121.94 |
| | | | | | | Carlisle ASD PSD 210302 | 20.65 | 268.45 |
| Amish Country Bakehouse LLC | | | | | | DEDUCTIONS | Current | YTD |
| 457 E North Street | | | | | | LST | 2.00 | 26.00 |
| Carlisle | | | | | | | | |
| PA, 17013 | OTHER PAY | | | Current | YTD | | | |

| Pay Period | | | | | | SUMMARY | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 06/07/2021 - 06/20/2021 | BENEFITS | | | Used | Available | Total Pay | $1,876.92 | $24,514.96 |
| Pay Date | | | | | | Taxes | $366.14 | $4,759.75 |
| 06/25/2021 | | | | | | Deductions | $2.00 | $26.00 |
| MEMO: | | | | | | NET PAY: | | $1,508.78 |

| Peter K. Sarago | PAY | Hours | Rate | Current | YTD | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 19 Nicolas Dr | Salary | - | - | 1,876.92 | 24,399.96 | Federal Income Tax | 133.77 | 1,739.01 |
| Carlisle | Reimbursement | - | - | 0.00 | 50.00 | Social Security | 116.37 | 1,512.80 |
| PA, 17015 | Transportation Reimb | - | - | 0.00 | 65.00 | Medicare | 27.22 | 353.80 |
| | | | | | | PA Income Tax | 57.62 | 749.06 |
| | | | | | | PA SUI Employee | 1.13 | 14.69 |
| | | | | | | Dickinson TWP | 9.38 | 121.94 |
| | | | | | | Carlisle ASD PSD 210302 | 20.65 | 268.45 |
| Amish Country Bakehouse LLC | | | | | | DEDUCTIONS | Current | YTD |
| 457 E North Street | | | | | | LST | 2.00 | 26.00 |
| Carlisle | | | | | | | | |
| PA, 17013 | OTHER PAY | | | Current | YTD | | | |

| Pay Period | | | | | | SUMMARY | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| 06/07/2021 - 06/20/2021 | BENEFITS | | | Used | Available | Total Pay | $1,876.92 | $24,514.96 |
| Pay Date | | | | | | Taxes | $366.14 | $4,759.75 |
| 06/25/2021 | | | | | | Deductions | $2.00 | $26.00 |
| MEMO: | | | | | | NET PAY: | | $1,508.78 |

| | | | | | 91822 |
|---|---|---|---|---|---|
| Amish Country Bakehouse LLC | | | | | |
| 457 E North Street | | | MEMBERS 1ST FCU | | |
| Carlisle, PA 17013 | | | | | 07/09/2021 |

**PAY TO THE ORDER OF** Peter K. Sarago $ **1,508.79

One thousand five hundred eight and 79/100 ************************************DOLLARS

Peter K. Sarago
19 Nicolas Dr
Carlisle PA 17015

AUTHORIZED SIGNATURE

MEMO

⑁91822⑁ ⑃231382241⑃ 7779105571⑁

---

| | | | | | | | | 91822 |
|---|---|---|---|---|---|---|---|---|
| Peter K. Sarago | **PAY** | **Hours** | **Rate** | **Current** | **YTD** | **TAXES** | **Current** | **YTD** |
| 19 Nicolas Dr | Salary | - | - | 1,876.92 | 26,276.88 | Federal Income Tax | 133.77 | 1,872.78 |
| Carlisle | Reimbursement | - | - | 0.00 | 50.00 | Social Security | 116.37 | 1,629.17 |
| PA, 17015 | Transportation Reimb | - | - | 0.00 | 65.00 | Medicare | 27.21 | 381.01 |
| | | | | | | PA Income Tax | 57.62 | 806.68 |
| | | | | | | PA SUI Employee | 1.13 | 15.82 |
| | | | | | | Dickinson TWP | 9.38 | 131.32 |
| | | | | | | Carlisle ASD PSD 210302 | 20.65 | 289.10 |
| Amish Country Bakehouse LLC | | | | | | **DEDUCTIONS** | **Current** | **YTD** |
| 457 E North Street | | | | | | LST | 2.00 | 28.00 |
| Carlisle | | | | | | | | |
| PA, 17013 | **OTHER PAY** | | | **Current** | **YTD** | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pay Period | | | | **SUMMARY** | **Current** | **YTD** |
| 06/21/2021 - 07/04/2021 | **BENEFITS** | | **Used** | **Available** | Total Pay | $1,876.92 | $26,391.88 |
| | | | | | Taxes | $366.13 | $5,125.88 |
| Pay Date | | | | | Deductions | $2.00 | $28.00 |
| 07/09/2021 | | | | | **NET PAY:** | | **$1,508.79** |
| MEMO: | | | | | | |

---

| | | | | | | | | 91822 |
|---|---|---|---|---|---|---|---|---|
| Peter K. Sarago | **PAY** | **Hours** | **Rate** | **Current** | **YTD** | **TAXES** | **Current** | **YTD** |
| 19 Nicolas Dr | Salary | - | - | 1,876.92 | 26,276.88 | Federal Income Tax | 133.77 | 1,872.78 |
| Carlisle | Reimbursement | - | - | 0.00 | 50.00 | Social Security | 116.37 | 1,629.17 |
| PA, 17015 | Transportation Reimb | - | - | 0.00 | 65.00 | Medicare | 27.21 | 381.01 |
| | | | | | | PA Income Tax | 57.62 | 806.68 |
| | | | | | | PA SUI Employee | 1.13 | 15.82 |
| | | | | | | Dickinson TWP | 9.38 | 131.32 |
| | | | | | | Carlisle ASD PSD 210302 | 20.65 | 289.10 |
| Amish Country Bakehouse LLC | | | | | | **DEDUCTIONS** | **Current** | **YTD** |
| 457 E North Street | | | | | | LST | 2.00 | 28.00 |
| Carlisle | | | | | | | | |
| PA, 17013 | **OTHER PAY** | | | **Current** | **YTD** | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pay Period | | | | **SUMMARY** | **Current** | **YTD** |
| 06/21/2021 - 07/04/2021 | **BENEFITS** | | **Used** | **Available** | Total Pay | $1,876.92 | $26,391.88 |
| | | | | | Taxes | $366.13 | $5,125.88 |
| Pay Date | | | | | Deductions | $2.00 | $28.00 |
| 07/09/2021 | | | | | **NET PAY:** | | **$1,508.79** |
| MEMO: | | | | | | |

|  |  |  |  |  |  | 91850 |
|---|---|---|---|---|---|---|

Amish Country Bakehouse LLC
457 E North Street
Carlisle, PA 17013

MEMBERS 1ST FCU

07/23/2021

PAY TO THE ORDER OF **Peter K. Sarago**  $ **1,508.78

One thousand five hundred eight and 78/100 ***************************************DOLLARS

**Peter K. Sarago**
19 Nicolas Dr
Carlisle PA 17015

AUTHORIZED SIGNATURE

MEMO

⑂91850⑂ ⑆231382241⑆ 7779105571⑂

---

91850

Peter K. Sarago
19 Nicolas Dr
Carlisle
PA, 17015

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,876.92 | 28,153.80 |
| Reimbursement | - | - | 0.00 | 550.00 |
| Transportation Reimb | - | - | 0.00 | 65.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 133.77 | 2,006.55 |
| Social Security | 116.37 | 1,745.54 |
| Medicare | 27.22 | 408.23 |
| PA Income Tax | 57.62 | 864.30 |
| PA SUI Employee | 1.13 | 16.95 |
| Dickinson TWP | 9.38 | 140.70 |
| Carlisle ASD PSD 210302 | 20.65 | 309.75 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| LST | 2.00 | 30.00 |

Amish Country Bakehouse LLC
457 E North Street
Carlisle
PA, 17013

| OTHER PAY | Current | YTD |
|---|---|---|

Pay Period
07/05/2021 - 07/18/2021

Pay Date
07/23/2021

MEMO:

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,876.92 | $28,768.80 |
| Taxes | $366.14 | $5,492.02 |
| Deductions | $2.00 | $30.00 |
| **NET PAY:** | | **$1,508.78** |

---

91850

Peter K. Sarago
19 Nicolas Dr
Carlisle
PA, 17015

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,876.92 | 28,153.80 |
| Reimbursement | - | - | 0.00 | 550.00 |
| Transportation Reimb | - | - | 0.00 | 65.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 133.77 | 2,006.55 |
| Social Security | 116.37 | 1,745.54 |
| Medicare | 27.22 | 408.23 |
| PA Income Tax | 57.62 | 864.30 |
| PA SUI Employee | 1.13 | 16.95 |
| Dickinson TWP | 9.38 | 140.70 |
| Carlisle ASD PSD 210302 | 20.65 | 309.75 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| LST | 2.00 | 30.00 |

Amish Country Bakehouse LLC
457 E North Street
Carlisle
PA, 17013

| OTHER PAY | Current | YTD |
|---|---|---|

Pay Period
07/05/2021 - 07/18/2021

Pay Date
07/23/2021

MEMO:

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,876.92 | $28,768.80 |
| Taxes | $366.14 | $5,492.02 |
| Deductions | $2.00 | $30.00 |
| **NET PAY:** | | **$1,508.78** |