IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CHAPTER 13
PETER KENNETH SARAGO and :
PATRICIA A. SARAGO :
: CASE NO. 1-21-01918-HWV
Debtors :
:

**CERTIFICATION OF NO PAYMENT ADVICES**
**pursuant to 11 U.S.C. §521(a)(1)(B)(iv)**

I, Patricia A. Sarago, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. §521(a)(1)(B)(iv), from any source of employment. I further certify that I received no payment advices during that period because:

- ☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

- ☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- ☑ I did not receive payment advices due to factors other than those listed above. (Please explain) My income during this period was from unemployment compensation and Social Security

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: 10/25/2021

_Patricia A. Sarago_
Patricia A. Sarago