Bank of the West
2527 Camino Ramon
San Ramon, CA 94583


Bank of the West
1450 Treat Blvd
Walnut Creek, CA 94596


CBNA
5800 South Corporate Place
Sioux Falls, SD  57108


CBNA
PO Box 6497
Sioux Falls, SD  57117


Commonwealth of PA Department of
Community & Economic Development
400 North Street, 4th Floor
Harrisburg, PA 17120


Cumberland County Tax Bureau
21 Waterford Drive
Suite 201
Mechanicsburg, PA 17050


Discover Bank
PO Box 30954
Salt Lake City, UT 84130


Discover Financial Services
P.O. Box 3025
New Albany, OH 43054-3025


Discover Fincl Svc LLC
PO Box 3025
New Albany, OH 43054-3025


JPMCB Card
PO Box 9013
Addison, TX 75001

Katie Maxwell, Esq.
Walters & Galloway
54 E. Main Street
Mechanicsburg, PA 17055


LL Bean/CBNA
50 NW Point Blvd
Elk Grove, IL 60021


LVB Holdings, LLC
18484 Preston Road, #102-122
Dallas, TX 75252


Members First Federal Credit Union
5000 Louise Drive
Mechanicsburg, PA  17055


PSECU
1500 Elmerton Avenue
Harrisburg, PA  17110


Riverview Bank
200 Front Street
Marysville, PA 17053


Synchrony Bank/Sam's Club
4125 Windward Plaza
Alpharetta, GA 30005


Vertical Properties LP
4400 Gettysburg Road
Camp Hill, PA 17011


Wells Fargo Card Service
Credit Bureau Resolution Group
PO Box 14517
Des Moines, IA 50306


Weltman, Weinberg & Reis Co. LPA

```
436 7th Ave Ste 2500
Pittsburgh, PA 15219


Westgate Resorts
5601 Windhover Drive
Orlando, FL 32819


WF Card Svc
PO Box 10438
MAC F8235-02F
Des Moines, IA 50306-0438


Zwicker & Associates
3220 Tillman Drive, Suite 215
Bensalem, PA 19020
```