IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CHAPTER 13
PETER KENNETH SARAGO and :
PATRICIA A. SARAGO :
: CASE NO. 1-21-01918-HWV
Debtors :

## CERTIFICATE OF SERVICE

    I, Reagan K. VanSteenacker, Paralegal, with the firm of Mette, Evans & Woodside, hereby certify that on October 25, 2021, a true and correct copy of the foregoing NOTICE OF CHAPTER 13 BANKRUPTCY CASE, MEETING OF CREDITORS AND DEADLINES (with full Social Security number, redacted on this filed copy) was served by first-class mail, postage prepaid on the attached Amended Matrix.

    SEE ATTACHED LIST.

METTE, EVANS & WOODSIDE

By: /s/ Reagan K. VanSteenacker
Reagan K. VanSteenacker

Bank of the West
2527 Camino Ramon
San Ramon, CA 94583


Bank of the West
1450 Treat Blvd
Walnut Creek, CA 94596


CBNA
5800 South Corporate Place
Sioux Falls, SD  57108


CBNA
PO Box 6497
Sioux Falls, SD  57117


Commonwealth of PA Department of
Community & Economic Development
400 North Street, 4th Floor
Harrisburg, PA 17120


Cumberland County Tax Bureau
21 Waterford Drive
Suite 201
Mechanicsburg, PA 17050


Discover Bank
PO Box 30954
Salt Lake City, UT 84130


Discover Financial Services
P.O. Box 3025
New Albany, OH 43054-3025


Discover Fincl Svc LLC
PO Box 3025
New Albany, OH 43054-3025


JPMCB Card
PO Box 9013
Addison, TX 75001

Katie Maxwell, Esq.
Walters & Galloway
54 E. Main Street
Mechanicsburg, PA 17055


LL Bean/CBNA
50 NW Point Blvd
Elk Grove, IL 60021


LVB Holdings, LLC
18484 Preston Road, #102-122
Dallas, TX 75252


Members First Federal Credit Union
5000 Louise Drive
Mechanicsburg, PA  17055


PSECU
1500 Elmerton Avenue
Harrisburg, PA  17110


Riverview Bank
200 Front Street
Marysville, PA 17053


Synchrony Bank/Sam's Club
4125 Windward Plaza
Alpharetta, GA 30005


Vertical Properties LP
4400 Gettysburg Road
Camp Hill, PA 17011


Wells Fargo Card Service
Credit Bureau Resolution Group
PO Box 14517
Des Moines, IA 50306


Weltman, Weinberg & Reis Co. LPA

436 7th Ave Ste 2500
Pittsburgh, PA 15219


Westgate Resorts
5601 Windhover Drive
Orlando, FL 32819


WF Card Svc
PO Box 10438
MAC F8235-02F
Des Moines, IA 50306-0438


Zwicker & Associates
3220 Tillman Drive, Suite 215
Bensalem, PA 19020

| UNITED STATES BANKRUPTCY COURT |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Peter Kenneth Sarago,
aka Ken Sarago,

    **Debtor 1**

Patricia A. Sarago,

    **Debtor 2**

Chapter    13

Case No.    1:21-bk-01918-HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: November 4, 2021 |
| --- | --- |
| | Time: 10:00 AM |

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
| --- | --- |
| Ronald Reagan Federal Building | Terrence S. Miller |
| 228 Walnut St, Rm 320 | Clerk of the Bankruptcy Court: |
| Harrisburg, PA 17101-1737 | By: LyndseyPrice, Deputy Clerk |
| (717) 901-2800 | |
| Hours Open: Monday - Friday 9:00 AM - 4:00 PM | Date: September 29, 2021 |

ntnew341 (04/18)

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Peter Kenneth Sarago<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx-xx-3238<br>EIN: __-_____ | |
| Debtor 2:<br>(Spouse, if filing) | Patricia A. Sarago<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx-xx-5331<br>EIN: __-_____ | |
| United States Bankruptcy Court: Middle District of Pennsylvania | | Date case filed for chapter: 13  8/31/21 | |
| Case number: 1:21-bk-01918-HWV | | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case

04/19/21

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Peter Kenneth Sarago | Patricia A. Sarago |
| 2. | All other names used in the last 8 years | aka Ken Sarago | |
| 3. | Address | 19 Nicolas Drive<br>Carlisle, PA 17015 | 19 Nicolas Drive<br>Carlisle, PA 17015 |
| 4. | Debtor's attorney<br>Name and address | Tracy Lynn Updike<br>Mette, Evans & Woodside<br>3401 North Front Street<br>PO Box 5950<br>Harrisburg, PA 17110-0950 | Contact phone 717 232-5000<br>Email: tlupdike@mette.com |
| 5. | Bankruptcy trustee<br>Name and address | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Contact phone 717-566-6097<br>Email: info@pamd13trustee.com |
| 6. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101-1737 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br>Contact phone (717) 901-2800<br>Date: 9/1/21 |

For more information, see page 2

Receiving Court Issued Orders and Notices by E-Mail:  (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn-form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E-Mail.

Official Form 309I                    Notice of Chapter 13 Bankruptcy Case                           page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 7, 2021 at 09:00 AM (by video conf.)**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | **Location:**<br>Debtor/Counsel: you will be emailed 6 days prior to the meeting date with the Zoom link details.<br>Any other party wishing to appear: You must email the Trustee's Office at info@pamd13trustee.com prior to the meeting and you will be emailed instructions. |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/6/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/9/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/27/22** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

Official Form 309I    Notice of Chapter 13 Bankruptcy Case    page 2

Case 1:21-bk-01918-HWV    Doc 8    Filed 09/01/21    Entered 09/01/21 07:43:37    Desc Ch 13 First Mtg    Page 2 of 2
Case 1:21-bk-01918-HWV    Doc 26    Filed 10/25/21    Entered 10/25/21 16:05:10    Desc Main Document    Page 7 of 7