United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Peter Kenneth Sarago
Patricia A. Sarago
Debtors

Case No. 21-01918-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1 | User: AutoDocke | Page 1 of 3
Date Rcvd: Nov 05, 2021 | Form ID: ntcnfhrg | Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Peter Kenneth Sarago, Patricia A. Sarago, 19 Nicolas Drive, Carlisle, PA 17015-7931 |
| 5433425 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 5438485 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5433427 | + | Barclays Bank Delaware, PO Box 8803, Att: Credit Bureau, Wilmington, DE 19899-8803 |
| 5433429 | + | Clayton W. Davidson, McNees, Wallace and Nurick, 100 Pine Street, Harrisburg, PA 17101-1288 |
| 5442622 | + | Commonwealth of PA Department of, Community & Economic Development, 400 North Street, 4th Floor, Harrisburg, PA 17120-0081 |
| 5433431 | + | Commonwealth of Pennsylvania, Bureau of Labor and Industry, Office of Unemp Comp Tax Services OUCTS, PO Box 60848, Harrisburg, PA 17106-0848 |
| 5442623 | + | Cumberland County Tax Bureau, 21 Waterford Drive, Suite 201, Mechanicsburg, PA 17050-8268 |
| 5442627 | + | JPMCB Card, PO Box 9013, Addison, TX 75001-9013 |
| 5436855 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5442628 | + | Katie Maxwell, Esq., Walters & Galloway, 54 E. Main Street, Mechanicsburg, PA 17055-3851 |
| 5442629 | + | LL Bean/CBNA, 50 NW Point Blvd, Elk Grove, IL 60007-1032 |
| 5442630 | + | LVB Holdings, LLC, 18484 Preston Road, #102122, Dallas, TX 75252-5400 |
| 5440165 | + | Servhl Underlying Trust 2019-1, Service Finance Co., LLC, 555 S. Federal Hwy 200, Boca Raton, FL 33432-6033 |
| 5433443 | + | Service Finance CO LLC, 555 S Federal Highway, Suite 220, Boca Raton, FL 33432-6033 |
| 5444282 | + | Thomas S Beckley, 212 North Third Street, Suite 301, Harrisburg, PA 17101-1505 |
| 5442635 | + | Vertical Properties LP, 4400 Gettysburg Road, Camp Hill, PA 17011-6631 |
| 5444283 | + | Vertical Properties, L.P., 212 North Third Street, Suite 301, Harrisburg, PA 17101-1505 |
| 5442639 | | WF Card Svc, PO Box 10438, MAC F823502F, Des Moines, IA 503060438 |
| 5433445 | + | WF Crd Svc, PO Box 51193, Los Angeles, CA 90051-5493 |
| 5434720 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5442636 | + | Wells Fargo Card Service, Credit Bureau Resolution Group, PO Box 14517, Des Moines, IA 50306-3517 |
| 5442637 | + | Weltman, Weinberg & Reis Co. LPA, 436 7th Ave Ste 2500, Pittsburgh, PA 15219-1842 |
| 5442638 | + | Westgate Resorts, 5601 Windhover Drive, Orlando, FL 32819-7936 |
| 5442640 | + | Zwicker & Associates, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 05 2021 18:44:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5434474 | + | Email/Text: bknotices@bankofthewest.com | Nov 05 2021 18:40:34 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON CA 94583-4213 |
| 5442619 | + | Email/Text: bknotices@bankofthewest.com | Nov 05 2021 18:40:34 | Bank of the West, 1450 Treat Blvd, Walnut Creek, CA 94597-2168 |
| 5433426 | + | Email/Text: bknotices@bankofthewest.com | Nov 05 2021 18:40:28 | Bank of the West, 180 Montgomery Street, San Francisco, CA 94104-4297 |
| 5442620 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 05 2021 18:44:39 | CBNA, 5800 South Corporate Place, Sioux Falls, |

| | | | |
|---|---|---|---|
| | | | SD 57108-5027 |
| 5433428 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 05 2021 18:44:34 | CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5442621 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 05 2021 18:44:34 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5433430 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 05 2021 18:40:00 | ComenityCB/DiamondInt, PO Box 182120, Columbus, OH 43218-2120 |
| 5433432 | Email/Text: mrdiscen@discover.com | Nov 05 2021 18:40:00 | Discover Bank, PO Box 15316, Attn: CMS/PROD DEVELOP, Wilmington, DE 19850-5316 |
| 5442624 | Email/Text: mrdiscen@discover.com | Nov 05 2021 18:40:00 | Discover Bank, PO Box 30954, Salt Lake City, UT 84130 |
| 5433433 | Email/Text: mrdiscen@discover.com | Nov 05 2021 18:40:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 5434640 | Email/Text: mrdiscen@discover.com | Nov 05 2021 18:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5442625 | Email/Text: mrdiscen@discover.com | Nov 05 2021 18:40:00 | Discover Financial Services, P.O. Box 3025, New Albany, OH 430543025 |
| 5442626 | Email/Text: mrdiscen@discover.com | Nov 05 2021 18:40:00 | Discover Fincl Svc LLC, PO Box 3025, New Albany, OH 430543025 |
| 5436058 | + Email/Text: dplbk@discover.com | Nov 05 2021 18:40:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5437382 | Email/Text: cashiering-administrationservices@flagstar.com | Nov 05 2021 18:40:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 5433434 | + Email/Text: cashiering-administrationservices@flagstar.com | Nov 05 2021 18:40:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5433435 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 05 2021 18:40:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 5433436 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 05 2021 18:44:36 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 5437973 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 05 2021 18:44:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5433437 | Email/Text: unger@members1st.org | Nov 05 2021 18:40:00 | Members 1st FCU, PO Box 40, Mechanicsburg, PA 17055-0040 |
| 5442631 | + Email/Text: unger@members1st.org | Nov 05 2021 18:40:00 | Members First Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5433438 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 05 2021 18:44:37 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5433439 | Email/Text: bankruptcynotices@psecu.com | Nov 05 2021 18:40:00 | PA State Empl CU, 1 Credit Union Place, Harrisburg, PA 17110-2912 |
| 5433441 | + Email/Text: bankruptcynotices@psecu.com | Nov 05 2021 18:40:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5442632 | + Email/Text: bankruptcynotices@psecu.com | Nov 05 2021 18:40:00 | PSECU, 1500 Elmerton Avenue, Harrisburg, PA 17110-9214 |
| 5433440 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 05 2021 18:40:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5440078 | Email/Text: bnc-quantum@quantum3group.com | Nov 05 2021 18:40:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5433442 | + Email/Text: wvanolden@riverviewbankpa.com | Nov 05 2021 18:40:00 | Riverview Bank, 200 Front Street, Marysville, PA 17053-1412 |
| 5433444 | + Email/PDF: gecsedi@recoverycorp.com | | |

| | | | |
|---|---|---|---|
| | | Nov 05 2021 18:44:30 | SYNCB/Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5434025 | + Email/PDF: gecsedi@recoverycorp.com | Nov 05 2021 18:44:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5442634 | + Email/PDF: gecsedi@recoverycorp.com | Nov 05 2021 18:44:24 | Synchrony Bank/Sam's Club, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5442618 | *+ | Bank of the West, 2527 Camino Ramon, San Ramon, CA 94583-4213 |
| 5442633 | *+ | Riverview Bank, 200 Front Street, Marysville, PA 17053-1412 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bkgroup@kmllawgroup.com |
| Tracy Lynn Updike | on behalf of Debtor 1 Peter Kenneth Sarago tlupdike@mette.com rkvansteenacker@mette.com |
| Tracy Lynn Updike | on behalf of Debtor 2 Patricia A. Sarago tlupdike@mette.com rkvansteenacker@mette.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Peter Kenneth Sarago,<br>aka Ken Sarago, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:21−bk−01918−HWV |
| Patricia A. Sarago, | | |
| **Debtor 2** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**December 1, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: December 8, 2021<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 5, 2021 |

ntcnfhrg (08/21)