IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PETER KENNETH SARAGO and | : | CASE NO. 1-21-01918-HWV |
| PATRICIA A. SARAGO | : | |
| | : | |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Reagan K. VanSteenacker, Paralegal with the firm of Mette, Evans & Woodside, hereby certify that on December 10, 2021, a true and correct copy of the attached ORDER CONFIRMING CHAPTER 13 PLAN was served by electronic means and/or first-class mail, postage prepaid, pursuant to L.B.R. 2002-1(e), on the following:

SEE ATTACHED MATRIX

Respectfully Submitted,

METTE, EVANS & WOODSIDE

By: /s/ Reagan K. VanSteenacker
Reagan K. VanSteenacker

Wells Fargo Card Service
Credit Bureau Resolution Group
PO Box 14517
Des Moines, IA 50306-3517

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Barclays Bank Delaware
PO Box 8803
Att: Credit Bureau
Wilmington, DE 19899-8803

CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Commonwealth of PA-Department of
Community & Economic Development
400 North Street, 4th Floor
Harrisburg, PA 17120-0081

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

(p)WESTGATE RESORTS
ATTN MANDY BUSKIRK
2801 OLD WINTER GARDEN ROAD
OCOEE FL 34761-2965

(p)FLAGSTAR BANK FSB
5151 CORPORATE DRIVE
MAIL STOP E 115 3
TROY MI 48098-2639

JPMCB Card
PO Box 9013
Addison, TX 75001-9013

LL Bean/CBNA
50 NW Point Blvd
Elk Grove, IL 60007-1032

BANK OF THE WEST
2527 CAMINO RAMON
SAN RAMON CA 94583-4213

Bank of the West
1450 Treat Blvd
Walnut Creek, CA 94597-2168

CBNA
5800 South Corporate Place
Sioux Falls, SD 57108-5027

Clayton W. Davidson
McNees, Wallace and Nurick
100 Pine Street
Harrisburg, PA 17101-1288

Commonwealth of Pennsylvania
Bureau of Labor and Industry
Office of Unemp Comp Tax Services OUCTS
PO Box 60848
Harrisburg, PA 17106-0848

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Personal Loans
PO Box 30954
Salt Lake City, UT 84130-0954

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

LVB Holdings, LLC
18484 Preston Road, #102122
Dallas, TX 75252-5400

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of the West
180 Montgomery Street
San Francisco, CA 94104-4297

CBNA
PO Box 6217
Sioux Falls, SD 57117-6217

ComenityCB/DiamondInt
PO Box 182120
Columbus, OH 43218-2120

Cumberland County Tax Bureau
21 Waterford Drive
Suite 201
Mechanicsburg, PA 17050-8268

Weltman, Weinberg & Reis Co. LPA
436 7th Ave Ste 2500
Pittsburgh, PA 15219-1842

Zwicker & Associates
3220 Tillman Drive, Suite 215
Bensalem, PA 19020-2028

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Katie Maxwell, Esq.
Walters & Galloway
54 E. Main Street
Mechanicsburg, PA 17055-3851

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

| | | |
|---|---|---|
| Members 1st FCU<br>PO Box 40<br>Mechanicsburg, PA 17055-0040 | Members First Federal Credit Union<br>5000 Louise Drive<br>Mechanicsburg, PA 17055-4899 | Merrick Bank Corp<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 |
| PA State Empl CU<br>1 Credit Union Place<br>Harrisburg, PA 17110-2912 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PSECU<br>1500 Elmerton Avenue<br>Harrisburg, PA 17110-9214 |
| PSECU<br>PO Box 67013<br>Harrisburg, PA 17106-7013 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | WF Crd Svc<br>PO Box 51193<br>Los Angeles, CA 90051-5493 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Riverview Bank<br>200 Front Street<br>Marysville, PA 17053-1412 |
| SYNCB/Sam's Club<br>PO Box 965005<br>Orlando, FL 32896-5005 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Vertical Properties, L.P.<br>212 North Third Street, Suite 301<br>Harrisburg, PA 17101-1505 |
| Jason Brett Schwartz<br>Mester & Schwartz, P.C.<br>1917 Brown Street<br>Philadelphia, PA 19130-2085 | Servhl Underlying Trust 2019-1<br>Service Finance Co., LLC<br>555 S. Federal Hwy 200<br>Boca Raton, FL 33432-6033 | WF Card Svc<br>PO Box 10438<br>MAC F823502F<br>Des Moines, IA 503060438 |
| Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Sam's Club<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 |
| Thomas S Beckley<br>212 North Third Street, Suite 301<br>Harrisburg, PA 17101-1505 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Vertical Properties LP<br>4400 Gettysburg Road<br>Camp Hill, PA 17011-6631 |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Peter Kenneth Sarago,
aka Ken Sarago,

    **Debtor 1**

Patricia A. Sarago,

    **Debtor 2**

Chapter 13

Case No. 1:21-bk-01918-HWV

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on October 25, 2021. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: December 9, 2021

By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

orcnfpln(05/18)