United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-01918-HWV |
| Peter Kenneth Sarago | Chapter 13 |
| Patricia A. Sarago | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1       User: AutoDocke      Page 1 of 2
Date Rcvd: Dec 09, 2021      Form ID: orcnfpln      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Peter Kenneth Sarago, 19 Nicolas Drive, Carlisle, PA 17015-7931 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jason Brett Schwartz | on behalf of Creditor Bank of the West JSchwartz@mesterschwartz.com |
| Rebecca Ann Solarz | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bkgroup@kmllawgroup.com |
| Tracy Lynn Updike | on behalf of Debtor 1 Peter Kenneth Sarago tlupdike@mette.com  rkvansteenacker@mette.com |
| Tracy Lynn Updike | on behalf of Debtor 2 Patricia A. Sarago tlupdike@mette.com  rkvansteenacker@mette.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Peter Kenneth Sarago,<br>aka Ken Sarago, | Chapter 13 |
| **Debtor 1** | Case No. 1:21−bk−01918−HWV |
| Patricia A. Sarago, | |
| **Debtor 2** | |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on October 25, 2021. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: December 9, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

orcnfpln(05/18)