UNITED STATES BANKRUPTCY COURT

MIDDLE **DISTRICT OF** PENNSYLVANIA

In RE:

PATRICIA A SARAGO  
PETER K SARAGO

**Claim Number:** 1  
**Case Number:** 21-01918

Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS, listed in the above stated case, be changed.

**NOTICE ADDRESS**

FROM:

TO:

**PAYMENT ADDRESS**

FROM:

Bank of the West

PO BOX 2634

Omaha, NE 68103

TO:

BMO Bank N.A.

P. O. Box 6150

Carol Stream, IL 60197

/s/ Filer *Sarah McMahon*

Date: 10/23/23

Authorized Agent for Creditor BMO Bank N.A.