IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PETER KENNETH SARAGO | : | |
| PATRICIA A. SARAGO | : | |
| Debtors | : | CASE NO. 1:21-bk-01918-HWV |
| | : | |

**ENTRY AND WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw the appearance of James K. Jones, Esquire, on behalf of Mette, Evans and Woodside, as attorney of record for Debtor in this matter.

METTE, EVANS & WOODSIDE

/s/ James K. Jones

Kindly enter the appearance of Kara K. Gendron, Esquire, on behalf of Mott & Gendron Law, as attorney of record for Debtor in this matter.

MOTT & GENDRON LAW

/s/ Kara K. Gendron