**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: **Peter Kenneth Sarago a/k/a Ken Sarago** | **BK NO. 21-01918 HWV** |
| Patricia A. Sarago **Debtor(s)** | **Chapter 13** |
| **MATRIX FINANCIAL SERVICES CORP.** | **Related to Claim No. 7** |
| **Movant** | |
| **vs.** | |
| **Peter Kenneth Sarago a/k/a Ken Sarago** | |
| **Patricia A. Sarago** **Debtor(s)** | |
| **Jack N. Zaharopoulos,** | |
| **Trustee** | |

**CERTIFICATE OF SERVICE**
**NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 17, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Patricia A. Sarago
19 Nicholas Drive
Carlisle, PA 17015

Peter Kenneth Sarago a/k/a Ken Sarago
19 Nicholas Drive
Carlisle, PA 17015

<u>Attorney for Debtor(s)</u>
Tracy Lynn Updike, Esq.
3401 North Front Street
PO Box 5950
Harrisburg, PA 17110

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>November 17, 2021</u>

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com